UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEROME TALLEY,<br><br>            Plaintiff,<br><br>    v.<br><br>KAREN L STROMBOM, et al.,<br><br>            Defendants. | CASE NO. C15-5775 MJP<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE |

On December 9, 2015, the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge, that had been mailed to Plaintiff was returned to the Court as undeliverable. (Dkt. No. 8.) Local Rule 41(b)(2) provides "if mail directed to a pro se plaintiff by the clerk is returned by the Postal Service . . . and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing address . . . the court may dismiss the action without prejudice for failure to prosecute." Sixty days have passed since the mail directed by the clerk to Plaintiff was returned as undeliverable. Because Plaintiff has not advised the Court of his current mailing address, the Court DISMISSES this

1 | case without prejudice for failure to prosecute. The Court DENIES the R&Rs (Dkt. No. 5, 14) as

2 | moot.

3       The clerk is ordered to provide copies of this order to all counsel.

4       Dated this 29th day of February, 2016.

*(signature)*

Marsha J. Pechman
United States District Judge

ORDER DISMISSING CASE WITHOUT
PREJUDICE FOR FAILURE TO PROSECUTE- 2